**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 393 MAL 2018
:
Petitioner :
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
v. :
:
:
:
MICHAEL SCOTT FILAROSKI, :
:
Petitioner :

## <u>ORDER</u>

**PER CURIAM**

 **AND NOW**, this 15th day of November, 2018, the Petition for Allowance of Appeal is **DENIED**.